IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MICHAEL STREETER, | |
|---|---|
| Plaintiff, | 4:18CV3077 |
| vs. | |
| SAEILO, INC., | ORDER |
| Defendant. | |

The court's records show the Office of the Clerk of Court sent a notice on May 31, 2018 (Filing No. 3) to Attorney Roger L. Benjamin by electronic filing. The notice directed the attorney to register for filing using the CM/ECF System and pay the 2017/2018 attorney assessment fee, as required by this court's local rules, within 15 days. As of the close of business on July 16, 2018, the attorney has not complied with the request set forth in the notice from the Office of the Clerk.

IT IS ORDERED:

**On or before July 31, 2018**, attorney Roger L. Benjamin, shall pay the assessment and register to file for CM/ECF filing or show cause by written affidavit why he cannot comply with the rules of the court. Failure to comply with this order will result removal of Attorney Roger L. Benjamin as counsel of record in this case.

July 17, 2018

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

Dated this 17th day of July, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge