IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL STREETER,<br><br>            Plaintiff,<br><br>vs.<br><br>SAEILO, INC.,<br><br>           Defendant. | 4:18CV3077<br><br>**ORDER** |

On May 31, 2018, (Filing No. 4), a letter was sent to Attorney Christopher Renzulli from the Office of the Clerk directing him to register for admission to practice in this court.

As of July 16, 2018, Attorney Christopher Renzulli has not complied with the Clerk's letter.

Accordingly,

IT IS ORDERED,

On or before July 31, 2018, Attorney Christopher Renzulli must register for admission to this court or show cause by written affidavit why compliance is not possible as required under the rules of the court.

Dated this 17th day of July, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge