IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL STREETER,<br><br>            Plaintiff,<br><br>vs.<br><br>SAEILO, INC.,<br><br>            Defendant. | 4:18CV3077<br><br>ORDER |

The court's records show the Office of the Clerk of Court sent a notice on May 31, 2018 (Filing No. 2) to Attorney Joseph C. Dowding by electronic filing. The notice directed the attorney to pay the 2017/2018 attorney assessment fee, as required by this court's local rules, within 15 days. As of the close of business on July 16, 2018, the attorney has not complied with the request set forth in the notice from the Office of the Clerk.

IT IS ORDERED:

**On or before July 31, 2018**, attorney Joseph C. Dowding, shall pay the assessment or show cause by written affidavit why he cannot comply with the rules of the court. Failure to comply with this order will result removal of Joseph C. Dowding as counsel of record in this case.

July 17, 2018

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge