IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MICHAEL STREETER, | |
|---|---|
| Plaintiff, | 4:18CV3077 |
| vs. | ORDER |
| SAEILO, INC., | |
| Defendant. | |

IT IS ORDERED that the motion to withdraw filed by Jerald L. Rauterkus, #18151, as counsel of record for Defendant, at Filing No. 32 is granted. Matthew H. Herlihy of the Renzulli Law Firm, LLP is hereby removed as counsel of record for Saeilo, Inc., d/b/a Kahr Arms.

Dated this 14th day of December, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge