IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL STREETER,<br><br>               Plaintiff,<br><br>vs.<br><br>SAEILO, INC.,<br><br>               Defendant. | 4:18-CV-3077<br><br>JUDGMENT |

On the parties' joint motion for dismissal with prejudice (filing 45), this case is dismissed with prejudice, each party to pay their own costs and attorney's fees, and complete record waived.

Dated this 12th day of August, 2019.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge